RECEIVED

JAN - 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 Name: Lisa Keala Carter
2 Address: 2 Oxford Mews
Hove, East Sussex, UK BN3 3NF
3 Phone Number: 07786801462
4 E-mail Address: lisakealacarter@aol.com
5 *Pro Se*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI KOGA-SMITH<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY, LISA K. CARTER<br><br>Defendant. | Case Number: C 12-04050 EMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

Lisa Carter
Plaintiff shall contact the ECF Desk at 866-638-7829 to set up an e-filing account.
IT IS SO ORDERED.

DATED: 1/9/13

IT IS SO ORDERED
Judge Edward M. Chen
United States District Court
Northern District of California