RECEIVED

JAN - 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Lisa Keala Carter
Address: 2 Oxford Mews
Hove, East Sussex, UK BN3 3NF
Phone Number: 07786801462
E-mail Address: lisakealacarter@aol.com

*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI KOGA-SMITH<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY, LISA K. CARTER<br><br>Defendant. | Case Number: C 12-04050 EMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

Lisa Carter ~~Plaintiff~~ shall contact the ECF Desk at 866-638-7829 to set up an e-filing account.

IT IS SO ORDERED.

DATED: 1/9/13

IT IS SO ORDERED
Judge Edward M. Chen