**James Efting, Esq. (SBN 88276)**
**Marcus Godfrey, Esq. (SBN 282731)**
**JACKSON & EFTING**
**438 South Murphy Avenue**
**Sunnyvale, California 94086-6114**
**(408) 732-3114**
**FAX (408) 732-0709**
**jefting@jacksonefting.com**
**mgodfrey@jacksonefting.com**

Attorneys for Plaintiff
Naomi Koga-Smith

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Naomi Koga-Smith,<br><br>    Plaintiff<br>vs.<br><br>MetLife, aka Metropolitan Life Insurance Company, Lisa K. Carter, and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No. C12-04050 EMC<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Date:<br>Time: |

JACKSON & EFTING
438 SOUTH MURPHY AVENUE
SUNNYVALE,
CALIFORNIA 94086-6114
(408) 732-3114

Stipulation and [Proposed] Order Granting Plaintiff's Motion to Remove Incorrectly Filed Documents
Page 1

On March 6, 2013 Plaintiff's counsel inadvertently e-filed documents which were not redacted. After discovering the error, counsel called the ECF Help desk and put a temporary lock on the documents. Plaintiff has submitted corrected versions of Document No. [42], Document No. [43], and Document No. [44].

Defendants MetLife and Lisa K. Carter have agreed not to oppose plaintiff's Motion to Remove Incorrectly Filed Document No. [42], Document No. [43], and Document No. [44] from the ECF System.

Dated: March 7, 2013        SEDGWICK LLP

*/s/ Mark Hancock/*

Mark J. Hancock
Attorney for Defendant
METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY

Dated: March 8, 2013

/s/ *Lisa Keala Carter*

Lisa K. Carter  (In Propria Persona)

JACKSON & EFTING
438 SOUTH MURPHY AVENUE
SUNNYVALE,
CALIFORNIA 94086-6114
(408) 732-3114

Stipulation and [Proposed] Order Granting Plaintiff's Motion to Remove Incorrectly Filed Documents
Page 2

## ORDER

PURSUANT TO STIPULATION and after consideration of Plaintiff's Motion to Remove Incorrectly Filed Documents, Plaintiff's motion is granted.

IT IS HEREBY ORDERED that the incorrectly e-filed Document No. [42], Document No. [43], and Document No. [44] are removed from the ECF system.

Dated: March 11, 2013



Hon. Edward Chen
United States D[istrict Judge]

IT IS SO ORDERED
Judge Edward M. Chen

JACKSON & EFTING
438 SOUTH MURPHY AVENUE
SUNNYVALE,
CALIFORNIA 94086-6114
(408) 732-3114