| | |
|---|---|
| 1 | SEDGWICK LLP |
| 2 | REBECCA HULL (SBN 99802)<br>rebecca.hull@sedgwicklaw.com |
| 3 | MARK J. HANCOCK (SBN 160662)<br>mark.hancock@sedgwicklaw.com |
| 4 | 333 Bush Street, 30th Floor<br>San Francisco, CA  94104-2834 |
| 5 | Telephone:    415.781.7900<br>Facsimile:    415.781.2635 |
| 6 | Attorneys for Defendant |
| 7 | METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAOMI KOGA-SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY, LISA K. CARTER, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. C 12-04050 EMC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [P~~ROPO~~SED] ORDER**  (as modified)<br><br>Date: April 25, 2013<br>Time: 10:30 a.m.<br>Ctrm.: 5, 17th Floor (San Francisco)<br><br>Honorable Edward M. Chen |

On March 12, 103, the Court issued a Clerks Notice resetting the Case Management Conference to April 25, 2013 (ECF No. 55)  Rebecca Hull and Mark Hancock, counsel for Metropolitan Life Insurance Company ("MetLife"), will both be out of state on April 25, 2013 and hereby respectfully request that they be allowed to appear at the Case Management

///

///

///

///

SF/3738520v1

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER

1  Conference by telephone.

2      Respectfully submitted:

3  DATED:  March 14, 2013    Sedgwick LLP

4      By: */s/ Mark J. Hancock*
    Rebecca Hull

5      Mark J. Hancock
    Attorneys for Defendant

6      METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY

7  **ORDER**

8  Pursuant to Metropolitan Life Insurance Company's request, it is hereby ORDERED that

9  both counsel for Metropolitan Life Insurance Company may appear at the Case Management

10  Conference by telephone.  Mark Hancock is directed to set up a conference call and to call

11  IT IS SO ORDERED.   Lisa Carter and Plaintiff's counsel first, then call the Court at 11:30 a.m. on 4/25/13.   The Court's # is (415) 522-2117.

12  DATED: __3/20/13__

15  _____ ARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA