| | |
|---|---|
| 1 | SEDGWICK LLP |
| 2 | REBECCA HULL (SBN 99802)<br>rebecca.hull@sedgwicklaw.com |
| 3 | MARK J. HANCOCK (SBN 160662)<br>mark.hancock@sedgwicklaw.com |
| 4 | 333 Bush Street, 30th Floor<br>San Francisco, CA  94104-2834 |
| 5 | Telephone:   415.781.7900<br>Facsimile:    415.781.2635 |
| 6 | Attorneys for Defendant |
| 7 | METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY |

SEDGWICK LLP
REBECCA HULL (SBN 99802)
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK (SBN 160662)
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:   415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAOMI KOGA-SMITH,<br><br>             Plaintiff,<br><br>     v.<br><br>METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY, LISA K. CARTER, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. C 12-04050 EMC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [P~~ROPO~~SED] ORDER**  (as modified)<br><br>Date:  April 25, 2013<br>Time: 10:30 a.m.<br>Ctrm.: 5, 17th Floor (San Francisco)<br><br>Honorable Edward M. Chen |

On March 12, 103, the Court issued a Clerks Notice resetting the Case Management Conference to April 25, 2013 (ECF No. 55)   Rebecca Hull and Mark Hancock, counsel for Metropolitan Life Insurance Company ("MetLife"), will both be out of state on April 25, 2013 and hereby respectfully request that they be allowed to appear at the Case Management

///

///

///

///

SF/3738520v1

1  Conference by telephone.

2       Respectfully submitted:

3  DATED:  March 14, 2013          Sedgwick LLP

4                                  By: */s/ Mark J. Hancock*
                                       Rebecca Hull
5                                      Mark J. Hancock
                                       Attorneys for Defendant
6                                      METLIFE, aka METROPOLITAN LIFE INSURANCE COMPANY

7                                  **ORDER**

8       Pursuant to Metropolitan Life Insurance Company's request, it is hereby ORDERED that

9  both counsel for Metropolitan Life Insurance Company may appear at the Case Management

10 Conference by telephone.   Mark Hancock is directed to set up a conference call and to call
                              Lisa Carter and Plaintiff's counsel first, then call the Court at 11:30 a.m.
11      IT IS SO ORDERED.   on 4/25/13.   The Court's # is (415) 522-2117.

12 DATED:  _____3/20/13_____

13

14                                          _____

15                                          IT IS SO ORDERED AS MODIFIED
                                            EDWARD M. CHEN
                                            Judge Edward M. Chen
                                            UNITED STATES DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA

28                                   2