UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI KOGA-SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>METLIFE, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-12-4050 EMC<br><br>**ORDER RE JOINT LETTER OF MARCH 26, 2013**<br><br>**(Docket No. 65)** |

The parties have submitted a joint letter, dated March 26, 2013, regarding the results of their meet and confer. Having reviewed the contents of that letter, the Court hereby rules as follows.

    1.    MetLife has adequately explained why it has not been able to give to Ms. Carter an exact date that the wire transfer will be completed.

    2.    The Court shall not order MetLife to complete the wire transfer by a date certain because it is not clear whether the transfer can be effected with the information provided by Ms. Carter as of date.

    3.    However, to ensure that the distribution of proceeds does not languish, the Court shall require the parties to file a **joint letter within two weeks of the date of this order** to update the Court as to the status of the wire transfer. The Court advises Ms. Carter that, although she believes the IBAN/SWIFT number for the receiving institution is not necessary to effect the wire transfer, it would be in her best interest to provide the information as that would prevent any delay should that

information, in fact, become necessary to effect the transfer. The Court also notes that Ms. Carter has failed to explain why providing that information would cause her any prejudice or undue burden.

This order disposes of Docket No. 65.

IT IS SO ORDERED.

Dated: March 27, 2013

_____
EDWARD M. CHEN
United States District Judge